EDWARD H. KUBO, JR.          2499
United States Attorney

FLORENCE T. NAKUKUNI         2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA          1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2005

at __ o'clock and __ min. __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. CR 05-00079 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. 846, 841(a)(1), |
| VS. | ) | 841(b)(1)(A)] |
| | ) | |
| EDGAR ECHAVEZ PANCIPANCI, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

On or about February 10, 2005 in the District of Hawaii, defendant EDGAR ECHAVEZ PANCIPANCI knowingly and intentionally attempted to possess with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846,

841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, February 24, 2005.

A TRUE BILL.

/S/

GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

By /s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

/s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Pancipanci, USDC-Hawaii, Indictment.